1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

LAST MILE PROPERTIES, LLC,                      No. C 11-04025 CRB

12

       Plaintiff,                              **ORDER REMANDING CASE**

13

  v.

14

JESUS URIBE, ET AL.,

15

       Defendants.

16

                           /

17

      Defendants Jesus and Lorena Uribe removed this case from state court on August 17,

18

2011.  See dkt. 1.  The case was reassigned on September 16, 2011.  See dkt. 6.  Upon review

19

of the state court complaint attached to the Notice of Removal, see dkt. 1, it is apparent to the

20

Court that it does not have jurisdiction over this case.

21

      Federal question jurisdiction exists only when a federal question exists on the face of

22

a well-pleaded complaint.  See Wayne v. DHL Worldwide Express, 294 F.3d 1179, 1183

23

(9th Cir. 2002).  The state court complaint here involves only a claim of unlawful detainer.

24

see dkt. 1 ("COMPLAINT IN UNLAWFUL DETAINER").  Therefore, no federal question

25

is presented.  See Deutsche Bank Nat. Trust Co. v. Ashley, No. 07-cv-1164-BEN, 2007 WL

26

2317104, at *1 (S.D. Cal. Aug. 8, 2007).  That Defendants have asserted numerous federal

27

causes of action in their removal, see dkt. 1, presumably as defenses, does not give the Court

28

subject matter jurisdiction.  See Alton Box Bd. Co. v. Esprit de Corp., 682 F.2d 1267, 1274

**United States District Court**
For the Northern District of California

1   (9th Cir. 1982).  Moreover, based upon the face of the well-pleaded complaint, which alleges

2   that the amount in controversy is "under $10,000," and indicates that Defendants are what is

3   known as local defendants (residing in the State in which this action has been brought),

4   <u>see</u> dkt. 1, there is also no diversity jurisdiction.  <u>See</u> 28 U.S.C. § 1441(b).

5          Accordingly, this case is REMANDED to Alameda County Superior Court.

6          **IT IS SO ORDERED.**

7

8   Dated: September 19, 2011                    _____
                                                 CHARLES  R. BREYER
9                                                UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California