IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAST MILE PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS URIBE, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 11-04025 CRB<br><br>**ORDER REMANDING CASE** |

    Defendants Jesus and Lorena Uribe removed this case from state court on August 17, 2011. See dkt. 1. The case was reassigned on September 16, 2011. See dkt. 6. Upon review of the state court complaint attached to the Notice of Removal, see dkt. 1, it is apparent to the Court that it does not have jurisdiction over this case.

    Federal question jurisdiction exists only when a federal question exists on the face of a well-pleaded complaint. See Wayne v. DHL Worldwide Express, 294 F.3d 1179, 1183 (9th Cir. 2002). The state court complaint here involves only a claim of unlawful detainer. see dkt. 1 ("COMPLAINT IN UNLAWFUL DETAINER"). Therefore, no federal question is presented. See Deutsche Bank Nat. Trust Co. v. Ashley, No. 07-cv-1164-BEN, 2007 WL 2317104, at *1 (S.D. Cal. Aug. 8, 2007). That Defendants have asserted numerous federal causes of action in their removal, see dkt. 1, presumably as defenses, does not give the Court subject matter jurisdiction. See Alton Box Bd. Co. v. Esprit de Corp., 682 F.2d 1267, 1274

(9th Cir. 1982). Moreover, based upon the face of the well-pleaded complaint, which alleges that the amount in controversy is "under $10,000," and indicates that Defendants are what is known as local defendants (residing in the State in which this action has been brought), see dkt. 1, there is also no diversity jurisdiction. See 28 U.S.C. § 1441(b).

Accordingly, this case is REMANDED to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: September 19, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4025\order remanding.wpd        2